## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| ALEM WOLDEGHERGISH, | : | Case No. 1:25-cv-461 |
| | : | |
| Petitioner, | : | |
| | : | |
| | : | Judge Susan J. Dlott |
| vs. | : | |
| | : | |
| LYNCH, et al., | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| Respondents. | : | |

---

## ORDER

---

Alem Woldeghergish brings this petition for a writ of habeas corpus under 28 U.S.C. 28 U.S.C. § 2241. In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Woldeghergish from this District nor allow him to be removed from this District unless or until the Court orders otherwise.[1] *See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

The Clerk is **DIRECTED** to (1) immediately serve Respondents with a copy of the petition and its accompanying papers, along with a copy of this Order, by overnight mail and by email to the United States Attorney's Office for the Southern District of Ohio; and (2) promptly file proof of such service on the docket. Counsel for Respondents shall promptly enter notices of appearance.

**IT IS SO ORDERED.**

July 7, 2025

SUSAN J. DLOTT
United States District Judge

---

[1] The Court's directive applies with equal force to any individual, group, or entity working in concert with or on behalf of Respondents.