IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| ALEM WOLDEGHERGISH, | Case No. 1:25-cv-461 |
| Petitioner, | |
| vs. | Judge Susan J. Dlott |
| ROBERT K. LYNCH, et al., | Magistrate Judge Karen L. Litkovitz |
| Respondents. | |

## ORDER

Petitioner Alem Woldeghergish, a detainee at the Butler County Correctional Complex, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 4). He has named as Defendants Robert K. Lynch, Detroit District Field Office Director for Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, Department of Homeland Security; Richard K. Jones, Sheriff, Butler County Sheriff's Office; and Nick Fisher, Warden, Butler County Correctional Complex. (*Id.*).

This matter is before the Court upon the August 5, 2025, Report and Recommendation (Doc. 17) recommending that the Court grant Respondents Sheriff Richard Jones' and Warden Nick Fisher's Motion to Dismiss Petitioner's Petition for Writ of Habeas Corpus (Doc. 10). The parties were advised that they had fourteen (14)

days from the date that they were served with a copy of the recommended disposition to serve and file specific written objections to the proposed findings and recommendations. (Doc. 17, at 118). They were further advised that failure to make objections in accordance with the procedure set forth in the Report and Recommendation may forfeit rights on appeal. (*Id.* at 119). No objections have been filed, and the time for filing objections has passed.

Upon review, the Court **AGREES** with and **ADOPTS** the Doc. 17 Report and Recommendation; **GRANTS** the Doc. 10 Motion to Dismiss; and **DISMISSES** Sheriff Richard Jones and Nick Fisher as Respondents in this matter.

**IT IS SO ORDERED.**

August 26, 2025

SUSAN J. DLOTT
United States District Judge