**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **ALEM WOLDEGHERGISH,** | : | **Case No. 1:25-cv-461** |
| **Petitioner,** | : | |
| **vs.** | : | **Judge Susan J. Dlott** |
| **LYNCH, et al.,** | : | **Magistrate Judge Karen L. Litkovitz** |
| **Respondents.** | : | |

# ORDER

Petitioner Alem Woldeghergish, a detainee at the Butler County Correctional Complex, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 4). The case has been referred to the Undersigned pursuant to 28 U.S.C. § 636(b) and General Order 22-05 regarding assignments and references to United States Magistrate Judges. At this juncture in the proceedings, the Court would benefit from an updated response and record before ruling on the Petition.

It is thus **ORDERED** that Respondent, within 21 days from the date of this order, **FILE** a Response: (1) *responding* to Woldeghergish's assertion that "the federal government has recently recognized Eritrea's non-compliance in issuing travel documents[,]" (Doc. 16, at 113), including any effect Pres. Proc. No. 10949, 90 FR 24497, 2025 WL 1626552 (Pres), at 24500, may have on the ability of the United States government to remove Woldeghergish to Eritrea in the reasonably foreseeable future; and

(2) *providing* additional details, including available documentation, on the steps and/or progress the government has made to secure travel documents or otherwise facilitate the removal of Woldeghergish from the United States in the reasonably foreseeable future.

**IT IS SO ORDERED.**

September 15, 2025

Karen L. Litkovitz
KAREN L. LITKOVITZ
United States Magistrate Judge