**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **ALEM WOLDEGHERGISH,** | : | **Case No. 1:25-cv-461** |
| | : | |
| **Petitioner,** | : | |
| | : | |
| | : | **Judge Susan J. Dlott** |
| **vs.** | : | |
| | : | |
| **LYNCH, et al.,** | : | **Magistrate Judge Karen L. Litkovitz** |
| | : | |
| **Respondents.** | : | |
| | : | |

**ORDER**

Petitioner Alem Woldeghergish, a detainee at the Butler County Correctional Complex, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 4). On September 15, 2025, the Court issued an Order directing Respondent to file an update on the steps and/or progress the government has made to secure travel documents or otherwise facilitate Woldeghergish's removal from the United States. (Doc. 20). Respondent filed a timely Response on October 6, 2025. (Doc. 21). Woldeghergish is granted an extension of time until **October 21, 2025** to file a response, if any, to Respondent's update.

**IT IS SO ORDERED.**

October 7, 2025

KAREN L. LITKOVITZ
United States Magistrate Judge