IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Alem Woldeghergish, | : | |
| | : | |
| Petitioner, | : | Case No. 1:25-cv-461 |
| | : | |
| v. | : | |
| | : | Judge Susan J. Dlott |
| Director Robert K. Lynch, | : | |
| | : | |
| Respondent, Field Office Director for Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, Department of Homeland Security | : | Order Granting Motion to Extend Time |

On December 23, 2025, Respondent filed a Motion to Vacate Court's Order Not to Remove Petitioner from the District and Motion to Extend Time to File Travel Document and Documentation on Removals to Eritrea.  (Doc. 28.)  The Court will treat the single filing as two separate motions.  In the Motion to Vacate Court's Order Not to Remove Petitioner from the District, Respondent raises substantive issues that require briefing by the parties.  The Court will not rule on it until Petitioner has an opportunity to respond.  In the Motion to Extent Time to File Travel Document and Documentation on Removals to Eritrea, Respondent asks for additional time to comply with the Court's December 17, 2025 Order.  The Motion to Extend Time is **GRANTED**.  Respondent has until January 5, 2026 to comply.

    **IT IS SO ORDERED.**

                                                           BY THE COURT:

                                                           S/Susan J. Dlott
                                                           Susan J. Dlott
                                                           United States District Judge