IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Adam Woldegherish, | : | |
| | : | |
| Petitioner, | : | |
| | : | Case Number: 1:25cv461 |
| vs. | : | |
| | : | Judge Susan J. Dlott |
| Director Ralph K. Lynch | : | |
| | : | |
| | : | |
| Respondent. | : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . .. For the reasons above, the Report and Recommendation is **ADOPTED**, Woldeghergish's Objections (Doc. 25) are **OVERRULED**, and the Habeas Petition (Doc. 4) is **DISMISSED WITHOUT PREJUDICE**.  Although Woldeghergish has not shown an entitlement to habeas relief at this time, if his detention continues for an extended period or circumstances change, he will be entitled to file another habeas petition at a later date to try to make the requisite showing under *Zadvydas*. *Cf. Nasr v. Larocca*, No. CV 16-1673-VBF(E), 2016 WL 3710200, at \*6 (C.D. Cal. Apr. 27, 2017); *Estenor*, 2011 WL 5572596,  at \*4.

RICH NAGEL, CLERK

 S/William Miller
Deputy Clerk